## Johnson *v.* Nationwide Mutual Insurance Company, Appellant.

Argued

794

November 10, 1971. *Cosmos J. Reale,* for appellant; *J. Cris Soich,* with him *Stokes, Lurie & Tracy,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.